UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/21
```

United States of America,

              –v–

Richard Hall,

              Defendant.

21-cr-643 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

An initial conference is scheduled in this matter for November 9, 2021 at 12:00 p.m. The Court is in receipt of Defendant's request that the conference be conducted remotely because he is located in North Carolina.  Dkt. No. 10.

Accordingly, IT IS ORDERED that the November 9, 2021, proceeding will take place by teleconference. At 12:00 p.m. on November 9, the parties shall dial 888-363-4749 and enter access code 9196964#.  The press and members of the public may use the same dial-in information but will not be permitted to speak.

IT IS FURTHER ORDERED that defense should confer with the Defendant regarding waiving his physical presence and provide the attached waiver form to him. If Mr. Hall, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present, he and his counsel should return the signed waiver form no later than 11:00 a.m. on November 9, 2021.

SO ORDERED.

Dated: November 8, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

                           -v-

Richard Hall,

                                  Defendant.
-----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT
CRIMINAL PROCEEDING**

**21-cr-643 (AJN)**

**Check Proceeding that Applies**


_____       Conference

I have been charged in an indictment with violations of federal law.  I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law.  I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur.  I have discussed these issues with my attorney and wish to give up my right to be present at the conferences.  By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.


Date: _____
                 Signature of Defendant


                _____
                 Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date: _____
                 Signature of Defense Counsel


                _____
                 Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant.  The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it.   The interpreter's name is: _____.


Date:            _____
                    Signature of Defense Counsel



**Accepted:**      _____
                    Signature of Judge
                    Date:

2