UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/22
```

United States of America,

–v–

Richard Hall,

                Defendant.

21-cr-643 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On November 9, 2021, the Court set June 6, 2022, as the date trial in this matter would commence. The Court is required to submit a jury request for any 2022 second quarter trials by February 15, 2022, pursuant to the Southern District of New York's Protocol for Scheduling Cases for Trial that was implemented as a result of the COVID-19 pandemic. The parties are hereby ORDERED to submit a joint letter by **February 1, 2022**, confirming that they are prepared to go forward with trial on June 6, 2022.

    SO ORDERED.

Dated: January 25, 2022
       New York, New York

                                                  ALISON J. NATHAN
                                                  United States District Judge