# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 17, 2022

---

> The Court hereby schedules a change of plea hearing for Tuesday, April 26, 2022 at 12:00 PM. The hearing will proceed in person in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.
> SO ORDERED.  /s/ Alison J. Nathan
> 2/21/2022

*Via ECF*
The Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Richard Hall,* 21 CR 643

Dear Judge Nathan:

     The parties write in response to the Court's order of January 25, 2022 to update the Court regarding plea discussions. The parties are near the end of those discussions and anticipate Mr. Hall will plead guilty. In connection with scheduling a change of plea hearing, I ask that it be calendared for an April date. I am on vacation next week and then scheduled for knee surgery when I return.

Respectfully submitted,

/s/ Julia Gatto
Julia L. Gatto, Esq.
Assistant Federal Defender
212.417.8750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/2022

cc:   A.U.S.A. Kaylan Lasky (via ECF)