```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/19/22__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                        :
                                                 :
                      **Plaintiff,**       :
                                                 :    **21-CR-643 (ALC)**
     -against-                                :
                                                 :    **ORDER**
**RICHARD HALL,**                                :
                                                 :
                      **Defendant.**       :
                                                 :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Change of Plea Hearing is set for **April 26, 2022** at **1:00 p.m.** Members of the public and the press should dial 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

SO ORDERED.

Dated:      New York, New York
             April 19, 2022

                                                     _____
                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**