# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director

*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

May 5, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/6/22

*Via ECF*
The Honorable Andrew Carter
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Richard Hall,* 21 CR 643

Dear Judge Carter:

With the consent of the government, I write to ask for a temporary modification to Mr. Hall's bail conditions. As a condition of his release, Mr. Hall is subject to home detention. We ask that he be permitted leave from his home this Sunday, May 8, 2022, Mother's Day, so that he can take his mother and partner out for lunch. If this application is granted, Mr. Hall will provide the location and hours of the lunch to his pretrial officer to get his approval in advance.

Since his release on bail in October 2021, Mr. Hall has been fully compliant with pretrial supervision.

Pretrial Supervision has a policy by which it will not consent to any social event for any defendant subject to home detention. Accordingly, it objects. The Government consents.

Respectfully submitted,

/s/ Julia Gatto
Julia L. Gatto, Esq.
Assistant Federal Defender
212.417.8750

**The application is GRANTED.**
So Ordered.

*[signature]* 5/6/22

cc: A.U.S.A. Kaylan Lasky (via ECF)
U.S.P.O.s Francesca Piperato/John Holiday