**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 17, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/18/22__

*Via ECF*
The Honorable Andrew Carter
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Richard Hall,* 21 CR 643

Dear Judge Carter:

     With the consent of Pretrial Services, I write to ask for a temporary modification to Mr. Hall's bail conditions. As a condition of his release, Mr. Hall is subject to home detention. We ask that he be permitted leave from his home tomorrow to attend the funeral of his aunt. If this application is granted, Mr. Hall will provide the location and hours of the viewing and services to his pretrial officer to get his approval in advance.

     Since his release on bail in October 2021, Mr. Hall has been fully compliant with pretrial supervision.

 Respectfully submitted,

/s/ Julia Gatto
Julia L. Gatto, Esq.
Assistant Federal Defender
212.417.8750

cc:   A.U.S.A. Kaylan Lasky (via ECF)
       U.S.P.O.s Francesca Piperato/John Holiday (via email)

The application is **GRANTED.**
So Ordered.

*/s/ Andrew L. Carter*
5/18/22