**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 3, 2022

*Via ECF*
The Honorable Andrew Carter
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/22

Re: *United States v. Richard Hall,* 21 CR 643

Dear Judge Carter:

  With the consent of the government and without objection from Pretrial Services, I write to ask for a temporary modification to Mr. Hall's bail conditions. As a condition of his release, Mr. Hall is subject to home detention. We ask that he be permitted leave from his home tomorrow to attend the funeral of his cousin who passed away this week in a car accident. In order for Mr. Hall to be present for the services and related events, we ask that he be permitted to leave his home between the hours of 12:00 pm and 7:00 pm.

  Thank you.

Respectfully submitted,

/s/ Julia Gatto
Julia L. Gatto, Esq.
Assistant Federal Defender
212.417.8750

The application is **GRANTED**.
So Ordered.

*[signature]*
6/3/22

cc:  A.U.S.A. Kaylan Lasky (via ECF)
  U.S.P.O.s Francesca Piperato/John Holiday/Rodrick Burnette
  (via email)