```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6-22-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                                    **ORDER**
                                                    21-CR-643 (ALC)

       -against-

Richard Hall,

-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    Due to a conflict on the Court's calendar, the August 30, 2022 sentencing is being adjourned to **September 13, 2022** at **3:30 p.m.**

    **SO ORDERED.**

Dated: New York, New York
        June 22, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE