**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 24, 2022

*Via ECF*
The Honorable Andrew Carter
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/24/22__

Re:   *United States v. Richard Hall,* 21 CR 643

Dear Judge Carter:

    With the consent of the government, I write to ask for a temporary modification to Mr. Hall's bail conditions. As a condition of his release, Mr. Hall is subject to home detention. We ask that he be permitted leave from home detention on June 27, 2022, his birthday, so that he can spend time with his family, including a lunch at a local restaurant about an hour's distance from his home. We ask for leave from home detention between the hours of 11 A.M. and 7 P.M. on June 27, 2022. If this application is granted, Mr. Hall will provide all details regarding the day to his pretrial officer.

    Since his release on bail in October 2021, other than being unable to secure employment (which is difficult while under home detention), Mr. Hall has been fully compliant with pretrial supervision. Mr. Hall also previously has been granted temporary leave from home detention without incident.

    Pretrial Supervision has a policy by which it will not consent to any social event for any defendant subject to home detention. It objects to the instant application. The Government consents.

Respectfully submitted,

/s/ Julia Gatto
Julia L. Gatto, Esq.
Assistant Federal Defender

The application is **GRANTED**.
So Ordered.

*[signed] Andrew L. Carter*
6/24/22

cc:   A.U.S.A. Kaylan Lasky (via ECF)
      U.S.P.O.s Francesca Piperato/John Holiday