MEMO ENDORSED

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 20, 2022

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/21/22

Re: **United States v. Richard Hall,
21 Cr. 643 (ALC)**

Dear Judge Carter:

I write to request that the Court temporarily modify the home-detention condition of Mr. Hall's bail release so that he can attend his son's upcoming second birthday party a short distance from his home. Specifically, I request that he be permitted to leave his home between 1:30 and 6:30 p.m. on August 7.

The government to this request. Pretrial Services objects to social requests.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Kaylan Lasky (by ECF)
USPSOs Francesca Piperato and Rodrick Burnette (by email)

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter*
7/21/22