MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 15, 2022

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-16-22

Re:   **United States v. Richard Hall,**
      **21 Cr. 643 (ALC)**

Dear Judge Carter:

I write to request that the Court temporarily modify the home-detention condition of Mr. Hall's bail release so that he can attend his nephew's birthday party a short distance from his home. Specifically, I request that he be permitted to leave his home between 4:00 p.m. and 9:00 p.m. on August 20.

The government consents to this request. Pretrial Services objects to social requests.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Kaylan Lasky (by ECF)
      USPSOs Francesca Piperato and Rodrick Burnette (by email)

The application is  ✓ granted.
                    ___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 8-16-22
       NY, New York