MEMO ENDORSED

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 24, 2022

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-25-22

Re: **United States v. Richard Hall**,
21 Cr. 643 (ALC)

Dear Judge Carter:

I write with the consent of the government to request that the Court adjourn Mr. Hall's sentencing, which is currently scheduled for September 13, 2022, by approximately 75 days. Specifically, I request that it be rescheduled to the week of November 28 – December 2, 2022, when both parties are available.

This is my first request to adjourn sentencing. I make this application primarily because I have recently taken over Mr. Hall's representation from my former colleague Julia Gatto and need additional time to prepare adequately for sentencing. In addition, the requested adjournment would move sentencing beyond the anticipated birth of a child Mr. Hall is expecting, making it possible for his partner to come to support him at sentencing. As noted, the government consents to this request.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Kaylan Lasky

The application is granted. Sentencing adjourned 12-1-22 at 2 p.m.
So Ordered.
Andrew L. Carter
8-25-22