**Federal Defenders
OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 16, 2022

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/22/22__

    Re:   **United States v. Richard Hall,
           21 Cr. 643 (ALC)**

Dear Judge Carter:

    I write to request that the Court temporarily modify the conditions of Mr. Hall's bail release to allow him to participate in a family celebration of his partner's birthday by going to see a movie at "Cinergy," a dine-in movie theater in Charlotte on September 25, 2022. He proposes to leave his home at 2:00 p.m. to drive to Charlotte and to return home by 10:00 p.m.

    The government consents to this request. Pretrial Services objects to social requests for defendants on home detention.

                                          Respectfully submitted,

                                          /s/
                                          Clay H. Kaminsky
                                          Assistant Federal Defender
                                          (212) 417-8749

cc:    AUSA Kaylan Lasky (by ECF)
        USPSOs Francesca Piperato and Rodrick Burnette (by email)

The application is **GRANTED.**
So Ordered.

*/s/ Andrew L. Carter*   9/22/22