MEMO ENDORSED

## Federal Defenders
### OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 18, 2022

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-19-21

Re: **United States v. Richard Hall**,
    21 Cr. 643 (ALC)

Dear Judge Carter:

I write to request that the Court temporarily modify the conditions of Mr. Hall's bail release to allow him to leave his home (1) on October 29, from noon to 5:00 p.m., to attend a baby shower with his partner for their soon-to-arrive child and (2) on October 31, between 2:00 p.m. and 10:00 p.m., to take his children out for Halloween.

The government takes no position on this request. Pretrial Services objects.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Kaylan Lasky (by ECF)
    USPSOs Francesca Piperato and Joseph Shannon-Kellerman (by email)

The application is ✓ granted.
                  ✓ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 10-19-22
       NY, New York