MEMO ENDORSED

## Federal Defenders
### OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 7, 2022

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-10-22

Re:   **United States v. Richard Hall,**
      **21 Cr. 643 (ALC)**

Dear Judge Carter:

The Court previously authorized a temporary bail modification to allow Mr. Hall to leave his home on October 29, from noon to 5:00 p.m., to attend a baby shower with his partner for their then-soon-to-arrive child. As it happened, the baby came early, by emergency C-section, on October 27. As a result, the baby shower was rescheduled for the same time on November 19.

Accordingly, I request that Mr. Hall be permitted to leave his home on November 19, from noon to 5:00 p.m. Neither the government nor Pretrial Services objects to changing the date of this previously approved activity.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Kaylan Lasky (by ECF)
      USPSOs Francesca Piperato and Joseph Shannon-Kellerman (by email)

The application is ✓ granted.
                    ___ denied.

*[signature]*
Andrew L. Carter Jr, U.S.D.J.
Dated: 11-10-22
       NY, New York