MEMO ENDORSED

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 21, 2022

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/21/22

    Re:   **United States v. Richard Hall,**
           **21 Cr. 643 (ALC)**

Dear Judge Carter:

    I write to request permission for Mr. Hall to leave his home between 2:00 p.m. and 10:00 p.m. on Thanksgiving (Thursday, November 24), to spend the holiday with his family and the family of his partner. The government takes no position on this request; Pretrial Services opposes social requests for defendants on home detention.

    I also update the Court that Mr. Hall and his partner were again unable to have the baby shower that the Court had authorized Mr. Hall to attend, because their newborn son was readmitted to the hospital.

                                                  Respectfully submitted,

                                                   /s/
                                                   Clay H. Kaminsky
                                                   Assistant Federal Defender
                                                   (212) 417-8749

cc:    AUSA Kaylan Lasky (by ECF)
        USPSOs Francesca Piperato and Joseph Shannon-Kellerman (by email)

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter*
11/21/22