USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-30-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                                                  **ORDER**
                                                                  21-CR-643 (ALC)

-against-

Richard Hall,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    The Sentencing set for December 1, 2022 is adjourned to **3:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       November 30, 2022

                                                          _____
                                                        **ANDREW L. CARTER, JR.**
                                                        **UNITED STATES DISTRICT JUDGE**