MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 20, 2022

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/20/22

Re: **United States v. Richard Hall,**
    **21 Cr. 643 (ALC)**

Dear Judge Carter:

I write to request that the Court grant Mr. Hall permission to leave his home on Christmas Day, December 25, 2022, between 12:00 p.m. and 8:00 p.m. in order spend part of the holiday with family at his mother's home and at his partner's home. The Probation Department advises that it is unable to approve this exception to home detention on its own authority. The government takes no position on this request.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Kaylan Lasky (by ECF)
      USPO Rodrick Burnette (by email)

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter*   12/20/22